UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>           Plaintiff,      )<br>                            )<br>v.                          )<br>                            )<br>ISUZZU LOPEZ-NARVAEZ,       )<br>                            )<br>           Defendant.      )<br>_____) | Case No. 08mj0799<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  March 18, 2008                    /s/ Erick L. Guzman
                                                                 ERICK L. GUZMAN
                                                                 Federal Defenders
                                                                 225 Broadway, Suite 900
                                                                 San Diego, CA 92101-5030
                                                                 (619) 234-8467  (tel)
                                                                 (619) 687-2666  (fax)
                                                                 E-mail: erick_guzman@fd.org