AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ISUZZU LOPEZ-NARVAEZ | CASE NUMBER: 08CR1126-LAB |

I, <u>ISUZZU LOPEZ-NARVAEZ</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___April 10, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Isuzzu Lopez_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER